[No. 3109-2. Division Two. April 23, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN WESLEY POLK, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 51502, Thomas A. Swayze, Jr., J., entered September 21, 1977. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Soule, J., and Johnson, J. Pro Tem.

[No. 3265-2. Division Two. April 24, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMY FAIN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C-3265, Jay W. Hamilton, J., entered December 6, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 3331-2. Division Two. April 24, 1979.]

ROBERT A. SHEA, *Respondent,* v. EARL KEEHN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 256170, Paul M. Boyles, J. Pro Tem., entered January 20, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 3282-2. Division Two. April 24, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DEBRA HARDING, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6408, Frank L. Price, J., entered January 6, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.